**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **PAMELA JENKINS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| **v.** | ) | Civil Action No: 1:24cv-1789 |
| | ) | |
| | ) | |
| **TRANS UNION, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Pamela Jenkins and Defendant TransUnion, LLC, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Pamela Jenkins and Defendant Trans Union, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorney fees to be paid by the party incurring same.

SO ORDERED on this _____ day of March 2024

_____
Patricia Giles
United States District Judge

Respectfully Submitted,


/s/      A. Hugo Blankingship, III
A.  Hugo Blankingship, III VSB# 26424
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, Virginia 20191
Telephone (571) 313-0412
Facsimile  (571) 313-0582
hugo@blankingship.com
*Attorneys for Plaintiff*


/s/      Jacob M. Adams
Jacob M. Adams, Esq. VSB# 96848
Buchanan Ingersoll & Rooney PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 838-6516
Fax: (703) 836-2921
Jake.adams@bipc.com

Robert J. Murdoch, Esq. (admitted *pro hac vice*)
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-1423
Robert.murdoch@bipc.com
*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

/s/
A. Hugo Blankingship, III
Va. Bar Number 26424
Attorney for Pamela Jenkins
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Ste. 201
Reston, Virginia 20191
Telephone: (571) 313-0412
Facsimile: (571) 313-0582
Email: hugo@blankingship.com

3